UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
BARBARA SYMONDS; ARTHUR ADAMS; :
NORMA ALDERMAN; LAURA SEXTON :
AMBROSE; RACHEL CHAHIR; SANDRA :
FORREST; LEE ANN HILLEGAS; BEVERLY :
BROUGHER; PATSY CUNDIFF; SHIRLEY :
DEAN, :
　　　　　　　　　　　　　　　　　　　　　　　　　　 :
　　　　　Plaintiffs　　　　　　　　　　　　　　 :　　Civil Action
v.　　　　　　　　　　　　　　　　　　　　　　　 :　　No. 04-11139-GAO
　　　　　　　　　　　　　　　　　　　　　　　　 :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
　　　　　　　　　　　　　　　　　　　　　　　　 :
　　　　　Defendants　　　　　　　　　　　　　　 :
------------------------------------- x

## NOTICE OF APPEARANCE

　　　　　Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated: June 21, 2004<br>　　　Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>　MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800 |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>　MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | Counsel for Defendant<br>Boehringer Ingelheim Pharmaceuticals, Inc. |